**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GLORIA VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | |
| | § | **3:23-cv-02327-B** |
| **METHODIST HOSPITALS OF DALLAS,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ON PLAINTIFF'S MOTION IN LIMINE

Before the court is Plaintiff's Motion in Limine. The Court, having considered the motion, response, reply, the applicable law, and the arguments of counsel, the Court ORDERS as follows:

Plaintiff's Motion in Limine No. 1, concerning Plaintiff's claim for unemployment benefits:

_____ AGREED        _____ GRANTED        _____ DENIED

Plaintiff's Motion in Limine No. 2, concerning any claims dismissed on summary judgment is:

_____ AGREED        _____ GRANTED        _____ DENIED

Plaintiff's Motion in Limine No. 3, concerning the EEOC's "Right to Sue" dismissal letter is:

_____ AGREED        _____ GRANTED        _____ DENIED

Before attempting to introduce any evidence of the items for which the Motion in Limine is granted, Defendant must first approach the bench and obtain permission to pursue such a line of questioning or the introduction of such evidence.

SIGNED this ____ day of _____, 2024, at Dallas, Texas.


_____
UNITED STATES DISTRICT JUDGE