## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GLORIA VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO.: 3:23-CV-02327-B** |
| | § | |
| **METHODIST HOSPITALS OF** | § | |
| **DALLAS D/B/A METHODIST** | § | |
| **HEALTH SYSTEM,** | § | |
| | § | |
| **Defendant.** | § | |

---

### ORDER GRANTING DEFENDANT METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM'S MOTION IN LIMINE

---

Before the Court is Defendant Methodist Hospitals of Dallas d/b/a Methodist Health System's ("Methodist") Motion in Limine and Brief in Support (the "Motion"). The Court, having considered the Motion, the brief in support thereof, any response and reply thereto, and arguments of counsel, finds that the Motion should be, and hereby is, **GRANTED.**

It is, therefore, **ORDERED**, that no evidence or comment – in the form of written documents, oral testimony, deposition testimony, suggestion or argument of Plaintiff Gloria Valdez ("Plaintiff") or her counsel, or otherwise – be tendered, presented, elicited, or displayed before the jury without prior permission of the Court (obtained outside the presence of the jury) as to any of the following matters:

1.      Matters concerning any Charge of Discrimination filed with the U.S. Equal Employment Opportunity Commission, Texas Workforce Commission, or any other federal or state agency against Methodist, in which any former or current Methodist employee, other than Plaintiff, alleges Methodist discriminated against him or her, retaliated against him or her, or

otherwise violated his or her rights under Title VII of the Civil Rights Act of 1964 ("Title VII"), Chapter 21 of the Texas Labor Code (the Texas Commission on Human Rights Act, "TCHRA"), the Family Medical Leave Act ("FMLA"), or any other federal or state law. Such matters shall include, without limitation, the Charge of Discrimination filed by Melba Townsend against Methodist.

2.     Matters concerning any other lawsuit where Methodist is a party, in which any current or former Methodist employee, other than Plaintiff, current or former patient, or other individual alleges Methodist discriminated against him or her, retaliated against him or her, or otherwise violated his or her rights under Title VII, the TCHRA, the FMLA, or any other federal or state law. This specifically includes, but is not limited to, the following lawsuits: *Townsend v. Methodist Hospitals of Dallas*, Case No. 3:23-cv-2505 (N.D. Tex.), *King ex rel. United States v. Methodist Hospitals of Dallas*, Case No. 3:21-cv-1923 (N.D. Tex.), *Campbell v. Methodist Hospitals of Dallas*, Case No. 3:23-cv-2232 (N.D. Tex.), and *Straka v. Methodist Hospital*, Case No. 3:16-cv-2192 (N.D. Tex.).

3.     Matters concerning any negative press releases or news stories about Methodist or its related hospitals and clinics, including Methodist Dallas Medical Center, Methodist Charlton Medical Center, Methodist Mansfield Medical Center, Methodist Richardson Medical Center, Methodist Midlothian Medical Center, and Methodist Southlake Medical Center, that do not relate to Plaintiff's allegations in this case that Methodist discriminated against her on the basis of her sex/pregnancy, retaliated against her, or violated her rights under the FMLA. This specifically includes, but is not limited to, any references to the criminal trial of Nestor Hernandez or the factual allegations involved in that criminal trial.

4.      Any testimony or references to inadmissible hearsay comments allegedly made by Lauren Brady and Mykaylah Henderson that Karen Castro allegedly targeted Plaintiff for termination.

Signed this _____ day of _____, 2024.

_____

UNITED STATES DISTRICT JUDGE