UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA VALDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2327-B |
| | § | |
| METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Before the Court are Plaintiff Gloria Valdez's Motion *in Limine* (Doc. 54) and Defendant Methodist Hospitals of Dallas d/b/a Methodist Health System ("Methodist")'s Motion *in Limine* (Doc. 55). The Court **GRANTS** in part and **DENIES** in part their Motions.

For the reasons set forth by the Court at the pre-trial conference, the Court **ORDERS**:

1. Valdez's Motion *in Limine* is **GRANTED** as to

   i. any mention that Valdez sought, received, or was denied employment benefits by the Texas Workforce Commission ("TWC") following the termination of her employment from Methodist;

   ii. any mention of claims dismissed on summary judgment, including that Valdez believed Methodist retaliated against her; and

   iii. any mention of the findings in the EEOC's "Right to Sue" dismissal letter that Valdez received.

Accordingly, before Methodist seeks to admit evidence regarding any of these matters, it

-1-

must approach the bench and obtain a ruling on admissibility.

2. Methodist's Motion *in Limine* is **GRANTED** in part and **DENIED** in part. Methodist's Motion is **GRANTED** as to

  i. any EEOC or TWC discrimination charge filed by current or former Methodist employees other than Valdez;

  ii. any other lawsuits in which Methodist is a party;

  iii. any negative press about Methodist that is not related to this case; and

  iv. any hearsay testimony of or from witnesses who were untimely disclosed, including Lauren Brady, Bethany Brauer, Mykaylah Henderson, and Brittney Parker.

Accordingly, before Valdez moves to admit evidence or testimony regarding any of these matters or containing any of these statements, she must approach the bench and obtain a ruling on admissibility.

Methodist's Motion is **DENIED** as to Valdez's untimely disclosed witnesses, including Lauren Brady, Bethany Brauer, and Brittney Parker. Accordingly, these witnesses may testify. The Court further **DENIES AS MOOT** Methodist's Motion as to Valdez's exhibit number VALDEZ 0208.

**SO ORDERED.**

**SIGNED: January 31, 2025.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE