Foreman: Scott C Howard

Jury Requests

1) Printed Calender for 2022

2) ~~a~~ Audio Recordings
   - to listen to in Jury Room
   - and/or transcript of recordings

2/6/2025   ⟨signature⟩

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB − 6 2025
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 6 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| GLORIA VALDEZ, | § |
| Plaintiff, | § |
| V. | § CIVIL ACTION NO. 3: 23-CV-2327-B |
| METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM, | § |
| Defendant. | § |

### RESPONSE TO JURY NOTE # 1

Members of the Jury:

You have submitted the following note:

"Foreman: Scott C. Howard
 Jury Requests:
  1) Printed Calendar for 2022
  2) Audio Recordings
   - To listen to in Jury Room
   - and/or transcript of recordings
2/6/2025 /s/ Scott C. Howard"

In response to the first question and second question:

1) The Court provides you eight copies of a printed calendar of 2022.
2) The Court provides the audio evidence. There is no transcript evidence.

SIGNED February 6th, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE