UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA VALDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CR-2327-B |
| | § | |
| METHODIST HOSPITALS OF DALLAS | § | |
| D/B/A METHODIST HEALTH SYSTEM, | § | |
| | § | |
| Defendant. | § | |



## VERDICT OF THE JURY

We, the jury, have answered the foregoing questions in the manner indicated in this verdict form, and returned these answers into the Court as our verdict.

_____
JURY FOREPERSON

2/7/2025
_____
DATE

-20-